UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021

Meyenhoffer, *et al.*,

Plaintiffs,

—v—

Larsen & Toubro Infotech, Ltd., *et al.*,

Defendants.

19-cv-9349 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court will permit a reasonable extension of discovery deadlines.  The parties will have no more than 180 days to complete fact discovery, and no more than 45 days thereafter to complete expert discovery.  The parties are to submit a new proposed case management plan by March 8, 2021 and fill in their preferred dates for the remaining deadlines.

SO ORDERED.

Dated: March 1, 2021
         New York, New York

ALISON J. NATHAN
United States District Judge