UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022

Meyenhofer et al.,

            Plaintiff,

–v–

Larsen & Toubro Infotech Ltd. et al.,

           Defendants.

19-cv-9349 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of third-party Apex-2000's' motion to quash and objections to subpoena. Dkt. No. 67. Defendants are ordered to file any opposition by April 8, 2022. Apex-2000 is ordered to file any reply by April 15, 2022.

    SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge