UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKUS MEYENHOFER and ANDREW RAGLAND, *individually and in their representative capacities,* <br><br> Plaintiffs, <br><br> v. <br><br> LARSEN & TOUBRO INFOTECH LIMITED, and LARSEN & TOUBRO INFOTECH LLC, <br><br> Defendants. | No. 19-cv-9349 (AKH) |

# NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND APPROVAL OF PLAINTIFF RAGLAND'S ATTORNEYS' FEES AND EXPENSES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice pursuant to Federal Rule of Civil Procedure 23(e) and Civil Local Rule 6.1, Plaintiff Andrew Ragland and Defendants Larsen & Toubro Infotech Ltd. and Larsen & Toubro Infotech LLC (together, the "Parties") hereby jointly move this court, located at 500 Pearl Street, New York, New York 10007, Courtroom 14D for an order granting final approval of the Parties' proposed settlement of a class of non-South Asians and non-Indians who were involuntarily terminated by LTI between October 9, 2015 and February 23, 2023 (the date of preliminary approval of the proposed settlement). The parties respectfully request that the Court: (1) certify the involuntary terminations settlement class pursuant to Rule 23; (2) find the settlement to be fair, adequate, and reasonable; (3) determine that adequate notice was provided to the Class pursuant to Rule 23(e); (4) determine that LTI has implemented the injunctive relief changes specified in Section 11(b)(1)-(4) of the Settlement Stipulation; (5) approve payment of the Settlement Administrator's costs and expenses from the settlement fund; and (6) award Plaintiff a $30,000 incentive award.

Please also take notice that pursuant to Civil Local Rule 23.1, Plaintiff Andrew Ragland hereby moves for an award of reasonable attorneys' fees (one-third of the settlement fund) and expenses ($15,931.69) to Plaintiff and the Class's counsel, Kotchen & Low LLP. The names and addresses of the applicants for such fees is as follows:

>Daniel Kotchen
>Lindsey Grunert
>Kotchen & Low LLP
>1918 New Hampshire Avenue NW
>Washington, DC 20009

Kotchen & Low LLP is seeking reasonable attorneys' fees in the amount of $1,550,000. There are no fee sharing agreements in place.

This motion is based on the Memorandum of Law, filed concurrently, the declarations of Daniel Kotchen and Jack Sobczak, all accompanying exhibits, and the pleadings and papers filed in this case.

DATED: July 14, 2023

Respectfully submitted,

By: /s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
dkotchen@kotchen.com
lgrunert@kotchen.com

*Attorney for Plaintiffs and Putative Class*

/s/Michelle M. La Mar
Michelle M. La Mar (*pro hac vice*)
Terry D. Garnett (*pro hac vice*)
Bradley J. Raboin (*pro hac vice*)
Loeb & Loeb LLP
345 Park Avenue

New York, NY 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
Email: mlamar@loeb.com
Email: tgarnett@loeb.com
Email: braboin@loeb.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing were served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on July 14, 2023.

Dated: July 14, 2023                    /s/ Daniel Kotchen
                                        Daniel Kotchen