UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKUS MEYENHOFER and ANDREW RAGLAND, *individually and in their representative capacities,*<br><br>Plaintiffs,<br>v.<br><br>LARSEN & TOUBRO INFOTECH LIMITED, and LARSEN & TOUBRO INFOTECH LLC<br><br>Defendants. | No. 19-cv-9349 (AKH)<br><br>[PROPOSED] FINAL APPROVAL ORDER |

On January 6, 2023, the Parties filed a Joint Motion for Preliminary Approval of Proposed Settlement and Approval of Plaintiff Ragland Attorneys' Fees and Expenses. *See* Dkt. 87. On February 14, 2023, the Court held a hearing and preliminarily approved the Parties' settlement. *See* Dkt. 93; Dkt. 96. On July 14, 2023, the Parties filed a Joint Motion for Final Approval of Proposed Settlement and for Approval of Plaintiff Ragland's Attorneys' Fees and Expenses. *See* Dkt. 103. The Court then held hearings regarding the Parties' motion on July 27, 2023 and August 9, 2023. At the August 9, 2023 hearing, the Court granted the Parties' motion, with the following modifications to the settlement:

1. The class definition is amended to: All non-Indians involuntarily terminated by LTI between October 9, 2015 and February 23, 2023;

2. The class settlement structure is amended to a single monetary relief class;

3. The settlement no longer includes injunctive relief;

4. Class members (formerly known as SubClass C members) are to be issued a new settlement notice informing them that injunctive relief will no longer be part of the settlement and allowing them 30-days in which to file a claim for inclusion in the

monetary relief class or to opt out of the settlement;

5. The aforementioned changes do not constitute a material change to the settlement that would require issuing another notice to the entire class (including those who were already identified as eligible for compensation) or under CAFA; and

6. The Parties are ordered to file a declaration at the end of the 30-day new notice period confirming that the aforementioned modifications have been implemented and specifying final payment amounts. Following the close of the notice period, the Parties can then distribute settlement proceeds in accordance with the Parties' settlement stipulation and final approval motion (45 days from the Court's August 9, 2023 grant of final approval of the motion). Upon notice of the satisfaction of the required payments, the Court will dismiss the action with prejudice.

**IT IS SO ORDERED**

Dated: 8/17/23

_____
Hon. Alvin K. Hellerstein
United States District Judge