UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ANDREW RAGLAND, et al.,

                                     Plaintiffs,

    -against-

LARSEN & TOUBRO INFOTECH LIMITED, et al.,

                                  Defendants.
---------------------------------------------------------------- x

**ORDER**

19 Civ. 9349 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The request at ECF No. 117 is denied pending the filing of an amended declaration from the settlement administrator clarifying the definition and composition of the "non-payment class," the results from the first notice period, the breakdown of claimants between the first and second notice periods, the distribution process, the amount remaining after re-distributions, any *cy pres* proposal, and the final costs incurred throughout the distribution process.

        SO ORDERED.

Dated:    December 4, 2023
              New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge