UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ANDREW RAGLAND, et al.,                    :
                                           :
                Plaintiffs,                :     **ORDER**
      -against-                            :
                                           :     19 Civ. 9349 (AKH)
LARSEN & TOUBRO INFOTECH LIMITED, et       :
al.,                                       :
                                           :
                Defendants.                :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Settlement proceeds having been distributed, the Clerk of Court shall close the

case.

SO ORDERED.

Dated:      March 16, 2026
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge