UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARKUS MEYENHOFER and
ANDREW RAGLAND, *individually and in
their representative capacities,*

              Plaintiffs,

      v.

LARSEN & TOUBRO INFOTECH
LIMITED, and LARSEN & TOUBRO
INFOTECH LLC,

              Defendants.

No. 19-cv-9349 (AKH)

**ORDER**

In accordance with the Court's Order acknowledging that the settlement proceeds have been distributed and the Clerk of the Court close the case, the Court also hereby orders as follows:

1.  All prior related Orders are hereby vacated;
2.  The Parties' settlement is granted final approval;
3.  All settlement proceeds have been distributed;
4.  The case is dismissed with prejudice; and
5.  The Clerk of the Court is directed to close the case.

              **SO ORDERED.**

Dated: 3/19/2026

                              Hon. Alvin K. Hellerstein
                              United States District Judge